BEFORE THE FIRST DIVISION, NOVEMBER 9, 1960

No. 64838.—M. Adler's Sons, Inc., and Harper, Robinson & Co. et al. v. United States, protests 59/13236, etc. (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.